Filed 9/15/11 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2011 ND 174

State of North Dakota, Plaintiff and Appellee

v.

Christopher Jermaine Owens, Defendant and Appellant

No. 20110004

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Robert O. Wefald, Judge.

AFFIRMED.

Per Curiam.

Pamela A. Nesvig (on brief), Assistant State’s Attorney, Courthouse, P.O. Box 5518, Bismarck, ND 58506-5518, for plaintiff and appellee.

Robert W. Martin (on brief), North Dakota Public Defenders’ Office, 11 1st Avenue SW, Minot, ND 58701, for defendant and appellant.

State v. Owens

No. 20110004

Per Curiam.

[¶1] 
Christopher Owens appeals after a jury found him guilty of gross sexual imposition, arguing the evidence presented at trial was insufficient to sustain the guilty verdict.  We conclude sufficient evidence exists to support the verdict.  We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2] Gerald W. VandeWalle, C.J.

Carol Ronning Kapsner

Mary Muehlen Maring

Daniel J. Crothers

Dale V. Sandstrom